

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-26-2015

# EEOC v. Allstate Insurance Co

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"EEOC v. Allstate Insurance Co" (2015). *2015 Decisions*. Paper 295.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/295

This March is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 14-2700

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Appellant

v.

ALLSTATE INSURANCE COMPANY

_____

(D.C. No. 01-cv-07042)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  HARDIMAN, SCIRICA, and BARRY, *Circuit Judges*.

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted in part and denied in part. The Clerk's Office is hereby directed to amend the Court's Opinion in the above-referenced case, dated February 13, 2015, to remove John V. Gorman and Coleen M. Meehan from the list of attorneys representing plaintiff-appellant Equal Employment Opportunity Commission. The petition for rehearing is otherwise denied.

BY THE COURT,

s/ Thomas M. Hardiman
Circuit Judge

Dated: March 26, 2015